UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Richard Winning 3405027 _____

_____  _____

_____  _____

*(Enter above the full name of the plaintiff*  *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**    CIVIL ACTION NO. 2:17-cv-01021
       *(Number to be assigned by Court)*

Chris Samans _____

Offer Plumley _____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ✓      No _____

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: ~~Cant remember~~ Richard Winning

      Defendants: Cant Remember.

   2. Court (if federal court, name the district; if state court, name the county);

      Charleston WV

   3. Docket Number: Dont Know

   4. Name of judge to whom case was assigned:
      Dont Know

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      Not Yet.

   6. Approximate date of filing lawsuit: Cant Remember.

   7. Approximate date of disposition: ✓

2

II. **Place of Present Confinement:** South Central Reg Jail  Charleston WV 25309

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓      No ____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ____      No ✓

   C. If you answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

   D. If your answer is NO, explain why not: didnt happen in Jail.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Richard Winning 3405027
      Address: 1001 Centrel Way Charleston WV 25309

   B. Additional Plaintiff(s) and Address(es): ~~Jody White~~
      Jody White Girl Friend
      409 Marys St
      Charleston WV 25302

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Chris Samons

is employed as: Probation officer.

at Charleston Court House

D. Additional defendants: Offer Plumley

Same Office

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Jan 13, 2017 me and Steve messer had a blow up on a Jan 14, 2017 a warrent was issued for my arrest. While I did not no. officer Samons comes up from out of know where and grabs my arms and almost broke them. Harressing me. And Theating me saying I am done and going to prison for 50 years or more. I ask him for me cell phone which had phone on it I needed he would let me have them said he should boot my ass for what I done.

4

IV. **Statement of Claim (continued):**

I Feel he was Sexual Arresting me do to me And Steve But I Also Beat steves ass. to And I Love steve messer But he was Arressing me over The girl I was also dateing well seeing. say why didnt you call me Back I called you. I Told Him I could not That my phone was Daid.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To have Him And officer Plumley Remove off my Case. from my probation officer. And get me A new one. please Tired of Be Aresset And done wrong. And Have Them pay $1000 or Thankyou. Just To have They Remove And gave a other officer And for me to Be relesst Back to The steets. Thankyou

5

V.    **Relief (continued)):**

VII.    **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        No one.

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

    If not, state your reasons: No money.

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

If so, state the lawyer's name and address:

Don't have on. ~~[crossed out]~~

Signed this __21__ day of __Jan_____, 20__17__.

[Notary Seal:
OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Leslie D Oxley
South Central Regional Jail
1001 Centre Way
Charleston WV 25309
My Commission Expires Aug. 27, 2023]

_Richard W_____ 3405024_

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __21, Jan, 2017__.
    (Date)

_Richard W Winning_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7